United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**22-CV-02051-KAM-ST**

1) indicated that this case is related to the following case(s):

19 CV 01404 (NG)(RLM)